IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 18-00153-01-CR-W-BP |
| | ) | |
| MACK DAVIS, | ) | |
| | ) | |
| Defendant. | ) | |

## O R D E R

On October 24, 2018, Defendant was ordered to undergo a competency evaluation. Defendant was examined by Jaime Jauregui, Ph.D., Forensic Psychologist. It is the opinion of Dr. Jauregui that Defendant is competent to proceed. (Doc. 42.) During a hearing held before United States Magistrate Judge Lajuana M. Counts on February 26, 2019, Defendant and the Government stipulated that Dr. Jauregui would testify consistently with the report, and no other evidence was proffered. Thereafter, Judge Counts issued a Report recommending that the Court find that Defendant is competent to proceed. No party objected to the Report and Recommendation, and the time for doing so has passed. Accordingly, after reviewing the Record (including Dr. Jauregui's report), it is

ORDERED that the Report and Recommendation of Judge Counts is adopted in its entirety, and this Court finds that Defendant does not suffer from a mental disease or defect that would prevent him from understanding the nature and consequences of these proceedings or assisting in his defense.

**IT IS SO ORDERED.**

                                                                        _/s/Beth Phillips_____
                                                                        BETH PHILLIPS, CHIEF JUDGE
DATE: March _25_, 2019                          UNITED STATES DISTRICT COURT